IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 08-cr-00038-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MARK ANTHONY COBBS,

    Defendant.

## ORDER

Upon the motion of the United States of America, and for good cause shown, it is hereby

ORDERED that Count Two of the Indictment in the above-captioned case is dismissed.

Dated this 9th day of May, 2008.

                BY THE COURT:

                s/ Wiley Y. Daniel
                WILEY Y. DANIEL,
                UNITED STATES DISTRICT JUDGE